THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL -7 PM 1:53
CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>2.74 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; AND HENRIETTA G. BLEUER, ET AL.,<br><br>Defendants. | DECLARATION OF TAKING<br><br>CIVIL NO. '08 CV 1205 DMS CAB |

I, Robert Janson, Acting Executive Director, Facilities Management and Engineering, U.S. Customs and Border Protection, under the authority delegated to me by the Act of Congress approved November 25, 2002, as Public Law 107-296, 116 Stat. 2311 and codified at 6 U.S.C. Sections 202, 251, 551, and 557, which transferred certain authorities of the Attorney General to the Secretary of Homeland Security; and by DHS Delegation No. 7010.3(II)(B), which delegated land acquisition authority from the Secretary of Homeland Security to the Commissioner of U.S. Customs and Border Protection; and by CBP Delegation 08-004, which delegated land acquisition authority to the Executive Director of Facilities Management and Engineering, do hereby make the following declaration:

1. The property is hereby taken under and in accordance with the authorities set forth in Schedule "A" attached hereto and made a part hereof.



CR

2. The public purpose for which said property is taken is set forth in Schedule "B" attached hereto and made a part hereof. The said land has been selected under my direction for acquisition by the United States for the above-referenced project in Imperial County, State of California.

3. A general description of the land being taken is set forth in Schedule "C" attached hereto and made a part hereof.

4. A plan showing the property being taken is shown on Schedule "D" attached hereto and made a part hereof.

5. The estate taken is described on Schedule "E" attached hereto and made a part hereof.

6. The sum estimated by the undersigned as just compensation for the land being taken is set forth in Schedule "F" attached hereto and made a part hereof. The undersigned is of the opinion that the ultimate award for said land probably will be within any limits prescribed by law to be paid therefor.

7. The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "G" attached hereto and made a part hereof.

8. The United States made best efforts to negotiate purchase of the property interest sought prior to filing this condemnation action.

IN WITNESS WHEREOF, the undersigned, Acting Executive Director, Facilities Management and Engineering, Department of Homeland Security, U.S. Customs and Border Protection, hereunto subscribes his name by direction of the Secretary of the Department of Homeland Security, this 25th day of June, 2008 in the City of Washington, District of Columbia.

Robert Janson

Acting Executive Director

Facilities Management and Engineering

Department of Homeland Security

U.S. Customs and Border Protection

SCHEDULE "A"
AUTHORITY FOR THE TAKING

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. Section 3114, and the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. Section 3113, and any acts supplementary thereto and amendatory thereof; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, Stat. 3009-546, 3009-554, as amended and codified at 8 U.S.C. Section 1103(b) & note; and the Act of Congress approved October 4, 2006, as Public Law 109-295, Title II, 120 Stat. 1355, which appropriated the funds which shall be used for the taking.

SCHEDULE "B"
PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, and related structures designed to help secure the United States/Mexico border within the State of California.

SCHEDULE "C"
LEGAL DESCRIPTION

Tract Number: ELC-ELS-2001

A portion of the W ½ of Lots 1, 2 and 3 in Fractional Sec 36, T 17 S, R 10 E, SBM, in the County of Imperial, State of California, as described in Individual Grant Deed in Bk 1676, Pg 1686, recorded as Doc #91012712 on 8 July 1991, Official Records of said County, and as shown on County Assessor Map 33-47, redrawn 16 October 1974, and as shown on US BLM Master Title Plat, Current to February 21, 2008, being also a strip of land **60 ft (18.288 m)** wide, said strip bounded as follows:

(1) W'ly by the W line of said W ½ of Lots 1, 2 and 3, being also the W line of Sec 36, said Twp and Rng;

(2) S'ly by the USA-Republic of Mexico International Boundary (USAROMIB);

(3) E'ly by the E line of said W ½ of Lots 1, 2 and 3, being also the W line of the E ½ of Lots 1, 2 and 3;

(4) N'ly by a line parallel with and **60 ft (18.288 m)** n'ly, measured at right angles, from said USAROMIB;

And containing approx **2.74 acres (1.110 hectares)** of land, more or less, as scaled and calculated from Said Map and Plat.

//////////////////////////////////////////////////END OF DESCRIPTION//////////////////////////////////////////////////

SCHEDULE "D"

**TRACT NUMBER:** ELC-ELS-2001

**Parcel Map –**

**Legend: red line ("Bold Line") is subject property, located in County of Imperial, State of California, Township 17 South, Range 10 East, Section 36, SBM**



SCHEDULE "E"
ESTATE TAKEN

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads and pipelines; excepting and excluding all interests in minerals and the rights appurtenant thereto which are outstanding in parties other than the surface owners.

SCHEDULE "F"
ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWO THOUSAND, FOUR HUNDRED TWENTY-NINE AND NO/100 DOLLARS($2,429.00), to be deposited herewith in the registry of said Court for the use and benefit of the persons entitled thereto.

SCHEDULE "G"
NAMES AND ADDRESSES OF INTERESTED PARTIES

Henrietta G. Bleuer
10167 Jesmond Drive
Escondido, California 92026-8617

Heirs of Albert Edwin Bleuer, aka Bud Glinski
Address Unknown

Imperial County Tax Collector
940 West Main Street, Suite 106
El Centro, California 92243

Imperial Irrigation District
c/o Real Estate Department
333 E. Barioni Blvd.
P.O. Box 937
Imperial, CA 92251

Ace Associates, Inc., a Nevada Corporation
Address unknown

Monte Cristo Mining Corporation, a Nevada corporation
Address unknown

Densil Harvey
704 West 1500 South
Provo, UT 84601

Novox Trust and Holding Company Limited
Address unknown

TEK Corp.
7050 Union Park Center, Ste 50
Midvale, UT 84047
Registered Agent: Division of Corporation's Director
160 E. 300 2, 2nd Floor
Salt Lake City, UT