KAREN P. HEWITT
United States Attorney
SANDRA B. RIGGS
Special Assistant U.S. Attorney
Court No.A5500943
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Court No. srA5500943
Telephone: (619) 557-76958
Sandra.riggs2@usdoj.gov
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>2.74 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and ALBERT EDWIN BLEUER AND HENRIETTA G. BLEUER, ET AL.<br>Defendants. | Civil No. 08cv1205-DMS (CAB)<br><br>NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION |

TO: All Defendants and Other Interested Parties:

NOTICE: You are hereby notified that on July 7, 2008, Plaintiff United States of America deposited estimated just compensation for taking the estate condemned in the subject property, in the amount of Two Thousand Four Hundred Twenty-Nine and No/100 Dollars($2,429.00) with the Clerk of the Court.

DATED: July 7, 2008

KAREN P. HEWITT
United States Attorney

s/Sandra B. Riggs

SANDRA B. RIGGS
Special Assistant U. S. Attorney
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, Plaintiff, v. 2.74 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and ALBERT EDWIN BLEUER AND HENRIETTA G. BLEUER, ET AL. Defendants. | Civil No. 08cv1205-DMS (CAB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF DEPOSIT OF ESTIMATED JUST COMPENSATION (dated 07/07/08)

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

Henrietta G. Bleuer
10167 Jesmond Drive
Escondido, CA 92026-8617

Densil Harvey
704 West 1500 South
Provo, UT 84601

Imperial County Tax Collector
ATTN: County Counsel
940 WEST MAIN STREET
EL CENTRO, CA 92243

Imperial Irrigation District
Jeff Garber, Esq.
333 E. Barioni Blvd.
Imperial, CA 92251

TEK Corp.
7050 Union Park Center, Ste 50
Midvale, UT 74946
and
c/o Division of Corporation's Director
Registered Agent
160 E. 300 2, 2nd Floor
Salt Lake City, UT

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 8, 2008.

Tricia R. Lamb