KAREN P. HEWITT
United States Attorney
SANDRA B. RIGGS
Special Assistant U.S. Attorney
Court No. A5500943
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Attorney No. srA5500943
Telephone: (619) 557-6958
Facsimile: (619) 557-5004
Email: Sandra.Riggs2@usdoj.gov
Attorneys for the Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2.74 ACRES OF LAND, MORE OR LESS, SITUATED IN IMPERIAL COUNTY, STATE OF CALIFORNIA; AND, HENRIETTA BLEUER, ET AL.,<br><br>Defendants. | Case No. 08cv1205-DMS (CAB)<br><br>NOTICE OF RELATED CASE<br>[Civil Local Rule 40.1(e)] |

PLEASE TAKE NOTICE that the above-captioned case is related to **Civil Case No. 08cv0142-IEG(AJB)**. Both cases arise from substantially identical transactions, namely, initially the taking by the United States of a 180-day right of entry onto the subject property for the purpose of conducting limited testing and survey work in support of planning to implement the congressional directive to secure the border between the United States and Mexico followed by the taking of fee simple interest in subject property in the above styled case. Further, the cases call for determination of the same or substantially identical questions of law and the handling of these cases by one judge would avoid substantial duplication of labor and will conserve the resources of the court.

//

//

//

It is therefore requested that the above-captioned case be re-assigned to Chief Judge Irma E. Gonzalez for all further proceedings.

DATED: July 9, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

s/ Sandra Riggs

SANDRA B. RIGGS
Special Assistant U.S. Attorney
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>2.74 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and ALBERT EDWIN BLEUER AND HENRIETTA G. BLEUER, ET AL.<br><br>Defendants. | ) | Civil No. 08cv1205-DMS (CAB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of:

NOTICE OF RELATED CASE

on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

n/a

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participant on this case:

Henrietta G. Bleuer
10167 Jesmond Drive
Escondido, CA 92026-8617

Densil Harvey
704 West 1500 South
Provo, UT 84601

<u>Imperial County Tax Collector</u>
ATTN: County Counsel
940 WEST MAIN STREET
EL CENTRO, CA 92243

<u>Imperial Irrigation District</u>
Jeff Garber, Esq.
333 E. Barioni Blvd.
Imperial, CA 92251

<u>TEK Corp.</u>
7050 Union Park Center, Ste 50
Midvale, UT 74946
and
c/o Division of Corporation's Director
Registered Agent
160 E. 300 2, 2nd Floor
Salt Lake City, UT

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 14, 2008.

Tricia R. Lamb