UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>2.74 ACRES OF LAND, MORE OR LESS, SITUATE IN IMPERIAL COUNTY, STATE OF CALIFORNIA; and ALBERT EDWIN BLEUER AND HENRIETTA G. BLEUER, ET AL.<br>Defendants. | Case No.: 08cv1205-DMS (CAB)<br>ORDER FOR DELIVERY OF POSSESSION |

Presently before the court is the United States' (hereinafter "Plaintiff") and Henrietta G. Bleuer's (hereinafter "Defendant") joint motion for an order for the surrender of the property described in the Complaint filed herein. It appearing that Plaintiff is entitled to possession of said property,

IT IS HEREBY ORDERED that all defendants to this action and all persons in possession or control of the property described in the Complaint filed herein shall surrender possession of the property described in the Complaint filed herein to Plaintiff immediately. Plaintiff shall serve a notice of this order upon all persons in possession or control of the said property forthwith.

DATED: July 17, 2008

HON. DANA M. SABRAW
United States District Judge